[No. 2844-3.   Division Three.   August 2, 1979.]

JACK G. MCCANN, *Appellant*, v. NORTHWEST
INSURED PLAN, INC., *Respondent*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 236451, William H. Williams, J.,
entered March 24, 1978. *Affirmed* by unpublished opinion
per Green, C.J., concurred in by McInturff and Roe, JJ.

[No. 6746-1.   Division One.   August 6, 1979.]

*In the Matter of the Welfare of* ARSELL
JOSEPH BARQUET.

Appeal from a judgment of the Superior Court for King
County, No. J-75197, H. Joseph Coleman, J., entered June
12, 1978. *Affirmed* by unpublished opinion per Ringold, J.,
concurred in by Swanson, A.C.J., and Dore, J.

[No. 6888-1.   Division One.   August 6, 1979.]

*In the Matter of the Welfare of*
LANCE D. FOSTER.

Appeal from a judgment of the Superior Court for
Snohomish County, No. 14359, Dennis J. Britt, J., entered
July 28, 1978. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Andersen and Ringold, JJ.